UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | | |
|---|---|---|
| JAMES MALOY, | ) | NO. CV 16-02709-CAS (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| J. SOTO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: April 22, 2016.

*Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE